MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
7-23-2008
JUL 2 3 2008
JUL 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Joseph Lewis Wilkins

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

~~The whole department of corrections~~

Cook county department of corrections

08CV4175
JUDGE MANNING
MAGISTRATE JUDGE VALDEZ

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. Plaintiff(s):

    A. Name: Joseph Wilkins

    B. List all aliases: Joseph Wilkerson

    C. Prisoner identification number: 200800 28360

    D. Place of present confinement: Cook County department of corrections

    E. Address: 2650 S. California Chicago IL P.O.Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Joseph Wilkins

        Title: SSI Disability

        Place of Employment: I receive social security.

    B. Defendant: _____

        Title: _____

        Place of Employment: _____

    C. Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A.  Name of case and docket number: _____

   B.  Approximate date of filing lawsuit: _____

   C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

   D.  List all defendants: _____

   E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F.  Name of judge to whom case was assigned: _____

   G.  Basic claim made: _____

   H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

   I.  Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV.   Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Joseph Wilkins am a diagnosed schizoeffective mental patient. Who has been detained here at Cook county department of corrections, since the date of April 23RD 2008. Who upon classification related to psych department that I was having suicidal thoughts and hearing voices. I was not taken serious when in fact I was, and still am experienceing suicidal ideations, depression, and hear voices. I am not receiveing my psych medication. Which I have been on before while detained here at cook county department of corrections. I was sent to Division 62R on April 23RD. Days passed by I related to everybody working Division 62R the nature of my symptoms. I went down to RCDC psych 8 or 9 times between the dates of April 23RD to July 3RD. I was neglected treatment by psych team. I was not paid attention to or taken serious. I had a

4

Revised 9/2007

number of cellmates between dates of April 3rd until July 3rd. Who all complained to officers working Division 62RI. I recall 2 officer that were made aware officer Williams 7 to 3 shift and officer Lopez 3 to 11 shift. Also sergeant Foys 7 to 3 shift and sergeant Ortega 3 to 11 shift. Also nurse sheryl at dispensary was made aware of my status. Who sent me down for evaluations at least 3 times. Social worker Ms Loggins and Superintendent Slaughter who returned copies of my grievances which were appealed because they were not handled as emergencies. I stated that I am schizoeffective having suicidal thoughts, and I need my medication which I was prescribed by psych doctor at Jackson Park hospital. The beginning of April. Part B control# 2008X0971, Part B Control# 2008X0906 I acted out on my thought on July 3rd 2008 cutting my wrist about 10 times in an attempt of suicide. I Blacked out and my cell mate Aaron Moseley was also cut. I was taken for medical attention, sent to psych ward finally and still not given medication. sent to Div 9 2G tble. sent to 10th floor for eval then on July 11th sent back to Div 8 2N prescribed Resperidal Zoloft and Benadryl to relieve symptoms. Cursed out by sergeant on Div 8N and officers forced to sign a piece of paper on July 14th taken off my medication and am now still suffering on Div 1C4 lack of sleep, suicidal thoughts, Migrane headaches, depression. Having fatal thoughts of suicide still being neglected and denied proper treatment and psych medication. Todays Date July 17th 2008.

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

See to it that I receive my Psych medication for my diagnosis and symptoms. order for me to see Dr MENEZES who works Div 8 2N OR DR LUKe Div 8 2N whom I have also been patient of at Jackson Park hospital. Compensate me Money for my injuries and pain and suffering. 1 million Dollars.

VI. The plaintiff demands that the case be tried by a jury.   ☑ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 17 day of July, 20 08

Joseph Wilkins
(Signature of plaintiff or plaintiffs)

Joseph Wilkins
(Print name)

20080028360
(I.D. Number)

2650 S. California Chicago IL
P.O. Box 089002
(Address) 7205 S. Vincennes Apt 1B
Chicago IL 60621

Revised 9/2007