MHN

# PRISONER CASE

③

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

| | |
|---|---|
| **Plaintiff(s):** JOSEPH LEWIS WILKINS | **Defendant(s):** COOK COUNTY DEPARTMENT OF CORRECTIONS |
| **County of Residence:** COOK | **County of Residence:** |
| **Plaintiff's Address:** | **Defendant's Attorney:** |
| Joseph Lewis Wilkins<br>#2008-0028360<br>Cook County Jail<br>P.O. Box 089002<br>Chicago, IL 60608 | Illinois Department of Corrections<br>100 West Randolph, Suite 4-200<br>Chicago, IL 60601 |

**Basis of Jurisdiction:**
- ☐ 1. U.S. Government Plaintiff
- ☑ 3. Federal Question (U.S. gov't. not a party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**08CV4175**
**JUDGE MANNING**
**MAGISTRATE JUDGE VALDEZ**

**Origin:**
- ☑ 1. Original Proceeding
- ☐ 2. Removed From State Court
- ☐ 3. Remanded From Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred From Other District
- ☐ 6. MultiDistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** *[signature]*    **Date:** 7/23/08

**FILED**
JUL 23 2008 TC
7-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT