FILED
Aug 22, 2008
AUG 22 2008   mb
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLEASE TURN OVER
08C4175

Dear to whom it may concern, I would like to thank, and I appreciate that you have took notice of my case concerning the actions of Cook County Department of Corrections Psych Department. There are Records that need to be gotton from RCDC Psych. Between the Dates of my Arrival April 23rd 2008 until August. There are a Bunch of Evaluations from Division 6.2R and Division 1c4. I also have records with Signatures, and my complaint statements. Enough to prove that they are liable for the actions that they refused to do correctly, and appropiately, Not take my mental Disability serious, and leave me in a state of mind to harm myself and others. There is also Records in Cermak, These particular matters need to be brought to the correct level of awareness. I cut myself again while on Division 1c4. Due to still being made to suffer without my medication. Due to the Psych Diagnosis that I suffer from. I'm now on Division 10 2c finally Receiveing some of my medication after being denied correct, and appropiate treatment by the Psych Department a whole lot of times Since April 23rd 2008, I need the best counsel that you all can provide to assist me in these matters please. My Doctor apologized which proves that mistakes have been made on their part. That Dosen't Change the facts of all the actions that were taken by the whole Psych Department on Various Occasions. I have Other important issues concerns and incident that took place on the Date of Around July 3rd Exactly. Being hit in my head by officer Conner

who took me to cermak for medical attention. on July 3rd 2008 Coinciding with the attention for cutting myself officer conner hit me in my head with his hand. Which I was also in a coma in around 1999 for head trauma. I spoke with an investgator about his actions I have filed a grievance, and control number and I wish to pursue all of the actions that were taken, And caused By cook county Department of corrections Psych Department and officer conner. Also Being left to suffer from my Illness, and cutting myself again on Division 1 c 4.
I need 13 suboena's sent to me
THANK You all very much, and GOD BLESS YOU ALL TOO!

I swear to tell the Truth the whole truth, and nothing but the truth So help me GOD!


Joseph Lewis Wilkins 08C 4175

JUDGE MANNING

Magistrate JUDGE VALDEZ

Discrimination, neglect and whatever else applies.
Once Again thank you all very Much. GOD BLESS You All and MAY HEAVEN SMIle UPON You All!

Joseph Lewis Wilkins