08 C 4175 JUDGE MANNING    MAN
Magistrate Judge VALDEZ

FILED
8-27-2008 MWB
AUG 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear federal Bureau of Investigation my name is Joseph Lewis Wilkins. I am an inmate at Cook County Department of corrections. I have been here since April 23RD 2008. I am a Diagnosed schizoeffective patient. I have been to a number of Psych hospitals in Chicago. 1 hospital that I have attended on a frequent Basis is Lincoln Park Hospital at 500 W. Webster in Chicago IL. Under the care of Dr. Charles Harris. Who also works outpatient at the Bobby Wright Center located at 9.S.Kedzie in Chicago IL. I hear voices from time to time. I have been letting the Psych Department here at Cook County Department of corrections know all these facts on Numerous occasions. Which has been recorded on my admission to 2N Division 8 at least 3 times. I have also let the female Psych worker Jane Doe know this too. Even when I first arrived here April 23RD 2008. She ignored the facts that I told her, and sent me to Division 6-R on April 23RD. She did not do her job appropriately. I was suffering hearing voices, depression, and suicidal thoughts. From Division 6, I went down to RCDC Psych with complaints of depression hearing voices, and depression. The rest of the Psych team was following the lead of the Psych tech Jane Doe that did my Evaluation. She refused to give me her name. I would like the names of all the psych workers that did my evaluations. Please. Even the names of the 2 female Doctors who did give me my medication on Division 8 2N. DR Mills is guilty of malpractice he is the Doctor assigned to me   (over)

he had no business taking me off my needed medication. Even now Discriminating, and not given me all of my needed medication. I am on Division 102-C. He apologized but that will not fix his mistakes. He still has left me in an unstable mental condition suffering with my medication Seroquel, or Respiridal and Benadryl. Which I was prescribed by my outside Dr. Charles Harris for schizoeffictive Disorder. Once again he works at Lincoln Park Hospital at 500 W. Webster. I was also given medication by one of those 2 female Doctors to help treat the voices that I am still experienceing. Doctor Mills took it upon his feelings, and emotions to listen to Psychologist whose (not MRS JONES) name I also need. MR? I cut my wrist on July 3RD 2008, I was still denied accurate mental health treatment. I was sent to Division 1C4 where I was still experienceing symptoms related to my illness, Depression, voices, and suicidal thoughts. I cut myself again. I was still denied my medication by whoever was suppose to give it to me. I have suffered unnecessary injuries Due to the lacks of appropiate professionalism By Cook County Department of corrections Psych Division. Therefore I need all my Records please Inside Cermak, RCDC Psych Evaluations from Div 62R, Div 1C4, and Division 8 2N. I'm on social security my benefits have been stopped. Please assist me in these matters at hand. I have filed a Law suit. I want to file more. I refuse to let the Cook County Department of Corrections get away with their actions. That caused me to have suffered, and even still be suffering without all of my needed medications. Joseph Wilkins 20080028360. Please send me an investigator to assist me with this current issue

10 qc

Part – B / Control # 2008 X 1308

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Wilkins   First Name: Joseph   ID# 2008-0028362

Is This Grievance An **Emergency**?   YES ☐   NO ☑

C.R.W.'S Summary Of The Complaint: Detainee alleges being denied medical attention.

C.R.W. Referred Griev. To: Cermak   Date Referred: 7/21/08

Response Statement: Referred to Medical Services & Mental Health Services

C. Smith                    [signature]                    Date: 7/21/08   Div./Dept. CHS
(print- name of individual responding to this griev.)   (signature of individual responding to this griev.)

[illegible] #104            [illegible] #104              Date: 23 July 08   Div./Dept. 1
(print - name of Supt. / Designee / Dept. Admin.)   (signature of Supt. / Designee / Dept. Admin.)

[illegible]                 [signature]                   Date: 7/21/08
(print - name of Prog. Serv. Admin./ Asst. Admin.)   (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 7/25/08   Detainee Signature: Joseph Wilkins

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 7/25/08

Detainee's Basis For An Appeal: I was prescribed some medication by a doctor for 2 days. I was also prescribed medication by another doctor for one day. I have been released from Div 8 2N under same mental state and condition without medication.

Appeal Board's Acceptance Of Detainee's Request:   YES ☒   NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Please ensure detainee receives medication as prescribed

I'm still not getting my medication that I need which I was prescribed by my outside Doctor to treat voices seraquel or Resperdal

Appeal Board's Signatures / Dates: [signatures] 08/12/08

Date Detainee Rec.'d the Appl. Bd.'s Response: 8/13/08   Detainee Signature: Joseph Wilkins

GRIEVANCE CODE(S): (____) (____) (____) (____)

**DETAINEE COPY**

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)