United States District Court  8-22-08
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

FILED
8-28-2008
AUG 2 8 2008
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: Judge Manning
Re: Judge Valdez

[Case # 08-C-4175]
Joseph Lewis Wilkins
# 2008-0028360
P.O. Box 089002
Chicago, IL 60608

    I filed a 1983 U.S.C. Title 42 on or about July 2008.
    I am requesting to Amend that complaint with new and added material which is vital to my case.
    I have included the case number above and I have the material ready to be added.
    Basically I want to Amend case # 08-C-4175.
    Along with this request I'm sending a Trust-Ledger seperate. Sincerely Joseph Wilkins
Joseph Wilkins
8-22-08

735 ILCS
5/1-109
Under Penalty of Perjury.
Joseph Wilkins
Joseph Wilkins
8-22-08

**Resident Funds Inquiry**
Current User Name: **PROGSERV** Logout

ResId: 20080028360    [Submit]

Resident Id: **20080028360**
Resident Name: **WILKINS , JOSEPH**
Date of Birth:
Location: **1002 -C -12**

**Account Activity:**                                                                 Prior History

| Date | Transaction Type | Transaction Description | Amount | Balance | Due | Total |
|---|---|---|---|---|---|---|
| 8/18/2008 | EPR | OID:100036778-ComisaryPurch-Reg | -50.00 | 0.03 | 0.00 | 0.03 |
| 8/11/2008 | DEPMO | 897046 | 50.00 | 50.03 | 0.00 | 50.03 |
| 7/29/2008 | EPR | OID:100022495-ComisaryPurch-Reg | -27.94 | 0.03 | 0.00 | 0.03 |
| 7/13/2008 | ERF | OID:100002973-ComisaryRefund-Reg | 27.83 | 27.97 | 0.00 | 27.97 |
| 7/08/2008 | EPR | OID:100002973-ComisaryPurch-Reg | -27.83 | 0.14 | 0.00 | 0.14 |
| 6/30/2008 | DEBT FWD | ALL DEBT AT CONVERSION | 0.00 | 27.97 | 0.00 | 27.97 |
| 6/30/2008 | BALANCE FWD | BALANCE AT CONVERSION | 27.97 | 27.97 | 0.00 | 27.97 |